1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ANDREW WONG, CA Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KATHERINE M. CRAIG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:16-po-00399-JLT |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO WITHDRAW GUILTY PLEA; [~~PROPOSED ORDER~~] |
| KATHERINE M. CRAIG, | ) |
| Defendant. | ) |

On April 4, 2017, Defendant Katherine M. Craig plead guilty to failing to restrain a dog on a leash, a violation of 36 Code of Federal Regulations § 2.15(a)(2), as part of a diversionary plea agreement.  The Honorable Jennifer L. Thurston approved the diversionary agreement.  As part of her diversionary agreement, the Government will permit Ms. Craig to withdraw her guilty plea if she complies with the terms of the agreement.

Ms. Craig has complied with and completed all conditions of pretrial release.  Ms. Craig has paid her financial obligation in full and the Government is satisfied that all terms of the agreement have been met.

THEREFORE, and in light of the above information, THE PARTIES HEREBY STIPULATE, through their respective counsel, JOSHUA VANN, Special Assistant United States Attorney, counsel for plaintiff, and ANDREW WONG, Assistant Federal Defender, counsel for defendant, KATHERINE M. CRAIG, to withdraw the defendant's guilty plea

entered on April 4, 2017.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: December 8, 2017   By: */s/ Joshua Vann*
                              JOSHUA VANN
                              Special Assistant U.S. Attorney


                              HEATHER E. WILLIAMS
                              Federal Defender

Dated: December 8, 2017   By: */s/ Andrew Wong*
                              ANDREW WONG
                              Attorney for Defendant
                              KATHERINE M. CRAIG

### ORDER

Based upon the stipulation, the Court **GRANTS** the request to allow the defendant to withdraw her plea.

IT IS SO ORDERED.

Dated:   **December 14, 2017**         **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE